```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Jerzy F. Kwiatkowski | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-3864 |
| | : | |
| v. | : | |
| | : | |
| Kenneth John Elwood, District Director | : | |
| | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

```
                            _____
                            SUSAN R. BECKER
                            Assistant United States Attorney
                            615 Chestnut Street, Suite 1250
                            Philadelphia, PA 19106
                            Tel: (215)861-8310
                            Fax: (215)861-8642
```

Dated: July 10, 2002

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Derek Gray, Esquire
>Steel, Rudnick & Ruben
>1608 Walnut Street, Suite 1500
>Philadelphia, PA 19103-5457

>SUSAN R. BECKER
>Assistant United States Attorney

Dated: July 10, 2002