IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JERZY KWIATKOWSKI

       :   CIVIL ACTION
       :
   vs.     :
       :   NO. 2002-3864
KENNETH JOHN ELWOOD

<u>O R D E R</u>


   **AND NOW, TO WIT:** This 25th day of September, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

   **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.




       **MICHAEL E. KUNZ,** Clerk of Court


       **BY:**_____
         Michael Finney
         Deputy Clerk



Copies by FAX on _____ to: Copies by MAIL on _____ to:



Civ 2 rev. (8/2000)
41.1(b)